In the Matter of the Application of MIRDAN REALTY CO., INC., for an Order of Mandamus against THOMAS P. FLANAGAN, as Superintendent of Buildings for the Borough of Brooklyn, City and State of New York. MIRDAN REALTY CO., INC., Appellant; THOMAS P. FLANAGAN, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

In the Matter of the Application of CHARLES W. OSBORN for the Removal of the CITIZENS TRUST COMPANY OF PATCHOGUE, as Trustee under an Agreement, Dated January 24, 1928, etc. In the Matter of the Application of CITIZENS TRUST COMPANY OF PATCHOGUE for Leave to Account and Resign as Trustee under a Certain Indenture Bearing Date the 24th Day of January, 1928, etc. BERTHA OSBORN, Appellant; PATCHOGUE CITIZENS BANK AND TRUST COMPANY (Formerly CITIZENS TRUST COMPANY OF PATCHOGUE), Trustee, and HELEN M. OSBORN, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

CHARLES H. MURPHY, Appellant, v. THE INCORPORATED VILLAGE OF FARMINGDALE, Respondent. JOHN J. MURPHY, Appellant, v. THE INCORPORATED VILLAGE OF FARMINGDALE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

NEPONSIT PROPERTY OWNERS' ASSOCIATION, INC., Respondent, v. THE EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— Motion by defendant for leave to appeal to the Court of Appeals granted and the following questions certified: 1. Should the motion of the defendant for judgment on the pleadings have been denied? 2. Should the motion of the plaintiff to strike out the seven defenses and the one counterclaim in the defendant's answer have been granted? [See 252 App. Div. 876.] Defendant's motion to extend its time to serve an amended answer granted, and time to serve such answer extended until ten days after the determination of the appeal by the Court of Appeals. Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

LENA SOMA, Appellant, v. GEORGE HANDRULIS, SARAH ALKOFF and FEDERAL RESERVE BANK OF NEW YORK, Respondents.— Motion for leave to appeal to the Court of Appeals granted. [See 252 App. Div. 332.] Present — Hagarty, Davis, Adel, Taylor and Close, JJ.

THE CITIZENS BANK OF WHITE PLAINS, N. Y., Appellant, v. ALBERT W. HAIGH, Respondent.— Judgment in favor of defendant in an action on a promissory note unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Johnston, Taylor and Close, JJ.